UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THOMAS HOCKETT, | ) |
| *Plaintiff*, | ) ) ) ) |
| | ) CAUSE NO.: 1:22-CV-2108-JRS-MJD |
| ROBINSON WOOD SOLUTIONS, LTD. | ) ) ) ) |
| *Defendant*. | ) |

## JOINT MOTION FOR ENTRY OF CONSENT JUDGMENT AND TO VACATE TRIAL

Come now, Thomas Hockett, ("Hockett") and Robinson Wood Solutions, LTD., ("RWS") and file this Joint Motion for Entry of Consent Judgment and to Vacate Trial, and in support thereof, say as follows:

1. Hockett and RWS agree that this case should be resolved without a trial.

2. Hockett and RWS move the Court to enter judgment on Hockett's remaining claim in favor of RWS, and to enter a final judgment concluding this matter, each side to bear its own costs and fees.

WHEREFORE, Hockett and RWS, jointly and respectfully pray the Court enter judgment in favor of RWS on the remaining claim in this case, enter said judgment as a final appealable order, vacate the trial, and conclude this matter.

Respectfully submitted,

/s/ Christopher S. Wolcott
Christopher S. Wolcott, 23259-32
THE WOLCOTT LAW FIRM, LLC
450 E. 96th St., Suite 500
Indianapolis, IN 46240
Ph. 317-500-0700
Fx: 317-732-1196
Indy2buck@hotmail.com

/s/ James A. Nickloy
James A. Nickloy, 28312-29
NICKLOY, ALBRIGHT & GORDON, LLP
5540 Pebble Village Ln., Ste. 300
Noblesville, Indiana 46062
Ph. 317-773-3030
Fx: 317-219-0545
alex@nickloylaw.com