UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF INDIANA
INDIANAPOLIS DIVISION

| | |
|---|---|
| THOMAS HOCKETT, | ) |
| | ) |
| Plaintiff, | ) |
| | ) |
| v. | ) No. 1:22-cv-2108-JRS-MJD |
| | ) |
| ROBINSON WOOD SOLUTIONS, LTD., | ) |
| | ) |
| Defendant. | ) |

**Final Judgment**

Pursuant to the Order also issued this date, judgment on Thomas Hockett's claims is entered in favor of Robinson Wood Solutions, Ltd. Plaintiff Thomas Hockett shall **take nothing by way of his Complaint**. Each side shall bear its own costs and fees.

This is a final judgment under Federal Rule of Civil Procedure 58. This case is now **closed**.

Date: 08/16/2024

_____
JAMES R. SWEENEY II, JUDGE
United States District Court
Southern District of Indiana

Roger A.G. Sharpe, Clerk

BY: _Samantha Burmester_
   Deputy Clerk, U.S. District Court

Distribution to all counsel of record via CM/ECF